UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIETTE A. HILL, individually as Parent             02-CV-0324E(Sc)
 and Natural Guardian of an infant, Dequilla A.
 Fugate,

            Plaintiff,

  -vs-

CITY OF BUFFALO,                                                                  ORDER
JOSE COLON,
JEFF WEYAND,
ROCCO J. DIINA,
JOSEPH F. STRAND and
DOE I, whether singular or plural,

           Defendants.

---

On February 3, 2004, this Court notified the parties to appear on April 16, 2004 for the purposes of setting a trial date. Plaintiff's counsel, Edward Peace, failed to appear. The Court notes that plaintiff's counsel is still counsel of record and has not sought to withdraw as counsel. *See* Local Rule 83.2(c) of the Local Rules of Civil Procedure for the United States District Court, Western District of New York.

Accordingly, plaintiff's counsel is ordered to show cause, in writing, by **June 4, 2004**, why this Court should not issue an order directing that he be removed as counsel for plaintiff. Plaintiff's counsel's failure to respond to this Order will lead to the issuance of an order directing that plaintiff's counsel be removed as counsel for plaintiff. In the

event plaintiff's counsel is removed as plaintiff's counsel, plaintiff is hereby notified that she must notify the Court, in writing, by **June 14, 2004**, whether or not she intends to pursue this case *pro se,* try to retain new counsel or move for the appointment of counsel. If she intends to move for appointment of counsel she must first file with the Court an application to proceed *in forma pauperis* and a motion for appointment of counsel. The Clerk of the Court is directed to forward a copy of this Order to plaintiff directly, along with a blank application to proceed *in forma pauperis* and motion for appointment of counsel.

**SO ORDERED.**

DATED:   Buffalo, N.Y.

   May 24, 2004

                              /s/ John T. Elfvin
                              JOHN T. ELFVIN
                              S.U.S.D.J.